UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 19-mj-02075-Goodman

UNITED STATES OF AMERICA

vs.

CARLOS ALBERTO COSTALES,

    Defendant.
_____/

### CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? ____ Yes __X__ No

          Respectfully submitted,

          ARIANA FAJARDO ORSHAN
          UNITED STATES ATTORNEY

BY: _____
      JONATHAN K. OSBORNE
      Assistant United States Attorney
      Florida Bar No. 0095693
      11200 NW 20th Street, Suite 101
      Miami, Florida 33172
      TEL (305) 715-7649
      jonathan.osborne@usdoj.gov

BY: _Carlee M. Valenti_____
      CARLEE M. VALENTI
      Special Assistant United States Attorney
      Court I.D. No. A5502473
      11200 NW 20th Street, Suite 101
      Miami, Florida 33172
      Tel. 305-715-7646/ 7653
      carlee.valenti@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Carlos Alberto Costales,<br><br>*Defendant(s)* | )<br>)<br>) Case No. 19-mj-02075-Goodman<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 17, 2019__ in the county of __Miami-Dade__ in the
__Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | Possession with Intent to Distribute a Controlled Substance |

This criminal complaint is based on these facts:
Please see the attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Victor L. Carril, DEA Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/18/2019

_____
*Judge's signature*

City and state: Miami, Florida

Hon. Jonathan Goodman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Victor L. Carril, being duly sworn, attest and affirm the following:

1. I am a City of Sweetwater Police Detective and have been so employed since May 2017. Furthermore, I work as a Task Force Officer with the Drug Enforcement Administration (DEA) and have been so employed since November 2015. I am currently assigned to the High Intensity Drug Trafficking Area (HIDTA) Miami Field Division DEA Group 42. As a DEA Task Force Officer, I am empowered by law to conduct investigations of, and/or to make arrests for, offenses enumerated in Title 21, United States Code, Sections 841, 846, 952, and Title 18, United States Code, Section 924, among other offenses. I have been trained on the subject of narcotics trafficking and have been personally involved in investigations concerning narcotics trafficking, weapons trafficking, violent crimes, and organized criminal enterprises. I have received specialized training in narcotics investigations and identification as well as the laws pertaining to search and seizure. Based on my training, experience, and participation in narcotics investigations, I am familiar with the methods of operation of drug traffickers.

2. This affidavit is submitted in support of a criminal complaint against defendant Carlos Alberto Costales ("COSTALES" or the "Defendant"). As explained in detail below, I respectfully submit that there is probable cause to believe that, on or about January 17, 2019, in Miami-Dade County, in the Southern District of Florida, the Defendant did possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841.

3. The information contained in this Affidavit is based on my personal knowledge as well as information relayed to me by other law enforcement agents and officers involved in this investigation. The information set forth in this Affidavit is provided solely for the purpose of

establishing probable cause for the arrest of COSTALES. As such, it does not include all of the information known to me about this investigation.

4. In or around January 2018, law enforcement received information indicating that COSTALES is a south Florida distributor of methamphetamine and various controlled substances. In furtherance of the investigation, law enforcement conducted surveillance of COSTALES at the Atlantic Ceviche House, located at 3716 West 12th Avenue, Hialeah, Florida 33012, and his residence, located at 2001 Ludlam Road West, Miami, Florida 33155 (hereinafter the "COSTALES Residence"). Law enforcement also contacted COSTALES using an undercover officer ("UO") and conducted controlled purchases of narcotics from COSTALES. Based on the investigation, law enforcement obtained a federal search warrant for the COSTALES Residence. On or about January 17, 2019, law enforcement conducted a controlled purchase of narcotics from COSTALES and executed the search warrant at the COSTALES Residence, as set forth below.

5. On or about January 17, 2019, COSTALES agreed to sell the UO approximately 2.5 pounds of methamphetamine and a large quantity of oxycodone pills. Upon arrival at the meet location, in Hialeah, Florida, COSTALES entered the vehicle of the UO where he provided the UO with a red bag containing smaller bags of suspected controlled substances, including approximately 2.5 pounds of a white crystal-like substance that field-tested positive for methamphetamine, approximately 494 oxycodone pills, and approximately 50 Adderall pills, in exchange for $18,200 in United States currency. After the transaction, COSTALES exited the UO's vehicle and was approached by law enforcement. At that point, COSTALES attempted to conceal the money received from the UO under the UO's vehicle.

6. Incident to arrest, law enforcement recovered suspected methamphetamine and approximately $3,900 from the pockets of COSTALES. A subsequent consensual search of

COSTALES's vehicle revealed distribution quantities of suspected controlled substances, including pills and white powder that field-tested positive for MDMA (approximately 280 pills), oxycodone (approximately 780 pills), and cocaine (more than two (2) ounces). Execution of the search warrant at the COSTALES Residence revealed two (2) black lock-boxes containing more than 1,000 pills, including suspected MDMA and oxycodone, as well as drug-trafficking paraphernalia. Post-*Miranda*, COSTALES admitted his possession of the narcotics recovered from his vehicle and the COSTALES Residence.

7. Based on the above facts, I submit there is probable cause to believe that, on or about January 17, 2019, in Miami-Dade County, in the Southern District of Florida, defendant Carlos Alberto COSTALES did possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
VICTOR L. CARRIL, TASK FORCE OFFICER
DRUG ENFORCEMENT ADMINISTRATION

Subscribed and sworn to before
me this 18th day of January, 2019.

_____
HON. JONATHAN GOODMAN
UNITED STATES MAGISTRATE JUDGE

3